# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| ROBERT RICHARD LUCAS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO: 4:10-CV-0030-HLM |
| v. | * | |
| | * | |
| CITY OF BRASWELL, GEORGIA; | * | |
| WALTER A. WILLIAMS; RICHARD | * | |
| FENNELL and ALLEN FENNELL, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT RICHARD FENNELL'S TRIAL BRIEF

Pursuant to the Court's Order dated November 8, 2010, Defendant Richard Fennell hereby adopts and incorporates as his own the arguments and citation of authority contained in the trial brief and supplemental trial brief filed by Defendants City of Braswell, Georgia, Walter A. Willliams, and Allen Fennell.

**********************

This certifies that the foregoing pleading was prepared with Times New Roman 14 point font in accordance with Local Rule 5.1C.

Respectfully submitted this 22nd day of November, 2010.

**H.L. CROMARTIE III, P.C.**

By: s/ H.L. Cromartie_____
    H.L. Cromartie, III, Esq.
    Ga. Bar No: 197190
    Attorney for Defendant Richard Fennell

401 Broad Street, Suite 300
P.O. Box 1897
Rome, Georgia 30162-1897
(706) 802-0251
(706) 802-0252 (Fax)
rickcrt@bellsouth.net

# CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the within and foregoing **DEFENDANT RICHARD FENNELL'S TRIAL BRIEF** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mr. William J. Atkins
Atkins & Attwood, LLC
6400 Powers Ferry Road, Suite 112
Atlanta, GA  30339

Ms. Natalie S. Woodward
Woodward & Stern, LLC
38 Sloan Street
Roswell, GA  30075

Mr. C. King Askew
Mr. Mark M. J. Webb
Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP
P.O. Box 5007
Rome, GA  30162-5007

This 22nd day of November, 2010.

s/ H.L. Cromartie, III
H.L. Cromartie, III