IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| ROBERT RICHARD LUCAS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE |
| | * | NO: 4:10-CV-0030-HLM |
| v. | * | |
| | * | |
| CITY OF BRASWELL, GEORGIA; | * | |
| WALTER A. WILLIAMS; RICHARD | * | |
| FENNELL and ALLEN FENNELL, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT RICHARD FENNELL'S BRIEF IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL**

COMES NOW, Defendant RICHARD FENNELL and hereby adopts and incorporates herein the Brief in Support of Motion for Judgment as a Matter of Law in a Jury Trial submitted by Defendants City of Braswell, Georgia, Walter A. Williams and Allen Fennell.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This certifies that the foregoing pleading was prepared with Times New Roman 14 point font in accordance with Local Rule 5.1C.

Respectfully submitted this 2nd day of December, 2010.

**H.L. CROMARTIE III, P.C.**

By: s/ H.L. Cromartie_____
H.L. Cromartie, III, Esq.
Ga. Bar No: 197190
Attorney for Defendant Richard Fennell

401 Broad Street, Suite 300
P.O. Box 1897
Rome, Georgia 30162-1897
(706) 802-0251
(706) 802-0252 (Fax)
rickcrt@bellsouth.net

# CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the within and foregoing **DEFENDANT RICHARD FENNELL'S BRIEF IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Mr. William J. Atkins
Atkins & Attwood, LLC
6400 Powers Ferry Road, Suite 112
Atlanta, GA 30339

Ms. Natalie S. Woodward
Woodward & Stern, LLC
38 Sloan Street
Roswell, GA 30075

Mr. C. King Askew
Mr. Mark M. J. Webb
Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP
P.O. Box 5007
Rome, GA 30162-5007

This 2nd day of December, 2010.

/s/ H.L. Cromartie, III
H.L. Cromartie, III