# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

ROBERT RICHARD LUCAS,

    Plaintiff,

v.

CITY OF BRASWELL, GEORGIA,
WALTER A. WILLIAMS,
RICHARD FENNELL, and
ALLEN FENNELL,

    Defendants.

CIVIL ACTION FILE
NO. 4:10-CV-0030-HLM

## ORDER

This case is before the Court on the Court's own Motion.

At the conclusion of Plaintiff's portion of the trial of this case, Defendants filed Motions for Judgment as a Matter of Law. (Docket Entries Nos. 87, 89.) Both of those Motions addressed the issue of qualified immunity and contended that Defendants were entitled to qualified immunity because arguable probable cause existed to obtain arrest warrants for Plaintiff. (Id.) The Court orally denied those Motions. Implicit in the Court's oral denial of those Motions was a finding that, as a matter of law, Defendants are not entitled to qualified

immunity. That finding included the conclusion that, as a matter of law, Defendants lacked arguable probable cause to arrest Plaintiff. The Court consequently has resolved the issue of qualified immunity, and has concluded that, as a matter of law, Defendants are not entitled to qualified immunity. Because the Court has found, as a matter of law, that Defendants are not entitled to qualified immunity, interrogatories requesting the jury to make factual findings as to whether Defendants had arguable probable cause to obtain an arrest warrant for Plaintiff or to instigate Plaintiff's prosecution are no longer necessary in this case. The Court therefore will not submit such interrogatories to the jury, and will instead modify the verdict form to eliminate all of the proposed interrogatories to the jury.

IT IS SO ORDERED, this the __ day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)