FILED IN OPEN COURT
12-03-10
James N. Hatten, Clerk
By: _[signature]_
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

ROBERT RICHARD LUCAS,

    Plaintiff,

v.

CITY OF BRASWELL, GEORGIA,
WALTER A. WILLIAMS,
RICHARD FENNELL, and
ALLEN FENNELL,

    Defendants.

CIVIL ACTION FILE
NO. 4:10-CV-0030-HLM

## VERDICT FORM

We, the jury, find in favor of the plaintiff, Robert Richard Lucas, and against the defendant(s) _City of Braswell, Georgia, Walter A. Williams, Richard Fennell, Allen Fennell_ in the amount of _$560,000_ dollars compensatory damages.

We, the jury find in favor of the plaintiff, Robert Richard Lucas, and against the defendant(s) _Walter A. Williams, Richard Fennell, Allen Fennell_ in the amount of _$440,000_ dollars punitive damages.

This the _3rd_ day of December, 2010.

_Jason F. Munghini_
Foreman/Forelady

AO 72A
(Rev.8/82)