FILED IN OPEN COURT
12-03-10
James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ROBERT RICHARD LUCAS,

    Plaintiff,

v.

CITY OF BRASWELL, GEORGIA,
WALTER A. WILLIAMS,
RICHARD FENNELL, and
ALLEN FENNELL,

    Defendants.

CIVIL ACTION FILE
NO. 4:10-CV-0030-HLM

## VERDICT ON COUNTERCLAIM

We, the jury, find for the plaintiff, Robert Richard Lucas, and against the defendant, City of Braswell, Georgia.

This the 3rd day of December, 2010.

_____
Foreman/Forelady

AO 72A