UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ROBERT RICHARD LUCAS,

    Plaintiff,

vs.

CITY OF BRASWELL, GEORGIA,
WALTER A. WILLIAMS,
RICHARD FENNELL, and
ALLEN FENNELL,

    Defendant.

CIVIL ACTION FILE

NO. 4:10-CV-30-HLM

## JUDGMENT ON JURY VERDICT

This action came on for trial before a jury and the Court, the Honorable Harold L. Murphy, U.S. District Judge presiding. The issue of damages having been presented, and the jury having rendered its verdict, it is

**Ordered and Adjudged** that the Plaintiff, Robert Richard Lucas, recover of the Defendants, City of Braswell, Georgia, Walter A. Williams, Richard Fennell, and Allen Fennell, the sum of Five Hundred Sixty Thousand and 00/100 Dollars ($560,000.00) for Compensatory Damages; the Plaintiff, Robert Richard Lucas recover of the Defendants, Walter A. Williams, Richard Fennell, and Allen Fennell, the sum of Four Hundred Forty Thousand and 00/100 Dollars ($440,000.00) for Punitive Damages, with interest thereon at the rate as provided by law, together with costs. As to the Counter Claim, the it is ORDERED AND ADJUDGED, that the Defendant, City of Braswell, Georgia, take nothing, that the action be dismissed on the merits as to the Plaintiff, Robert Richard Lucas.

JAMES N. HATTEN
CLERK OF COURT

By: _[signature]_
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    December 3, 2010
JAMES N. HATTEN
Clerk of Court

By _[signature]_
    Deputy Clerk