4:10-CV-0030-HLM Robert Richard Lucas v. City of Braswell, Walter Williams, Richard Fennell, Allen Fennell 12/3/2010

## Agreement

The parties, by and through counsel, agree to a High-Low agreement in settlement of any Jury verdict in this case. No matter what verdict is returned by the Jury the amounts to be paid by the Ds will be limited to a range between the following amounts, inclusive of all costs, expenses, attorneys fees and all other amounts:

$50,000 — $350,000.

Counsel for Ds

Counsel for π