# William J. Atkins

**From:** William J. Atkins
**Sent:** Monday, December 13, 2010 4:14 PM
**To:** mwebb@brinson-askew.com
**Cc:** natalie@woodwardstern.com
**Subject:** Lucas v. Braswell et al - Wrap Up

Mark,

I hope this finds you well. Need to wrap up a few loose ends on the Lucas settlement. I would like to wait to file a Satisfaction of Judgment until after we receive the last payment. To that end, we need to file a Consent Motion seeking an order staying deadlines for filing post-trial motions pending payment of settlement. I believe the first deadline – preliminary application for attorneys fees and costs (our Motion) – is rapidly approaching. I'd like to get something filed no later than tomorrow. I can draft it, unless you would like to do it.

Also, I want to confirm the schedule of payments, etc for the $350,000.00. As I understood our agreement, your clients will make three payments, payable to Richard Lucas and Woodward & Stern, LLC, as follows:

First Payment:     $50,000.00 is due on or before December 24, 2010;

Second Payment:   $150,000.00 is due on or before January 23, 2011; and

Third Payment:    $150,000.00 is due on or before February 22, 2011.

Upon receipt and deposit of the Third Payment, we will file a Satisfaction of Judgment on behalf of Mr. Lucas. I would expect that we can file that by the end of February 2011. Please let me know if I have misunderstood the terms of our agreement in any way.

With that out of the way, thank you so very much for your gracious hospitality after the trial. I've told just about anyone who would listen to me that I have rarely seen such gracious conduct from a group of lawyers. I was humbled and touched by it. I (and many other lawyers) have a lot to learn about how to practice law from you and your fellow partners at Brinson, Askew.

Please write me back so I know that you've received this. Merry Christmas to you and all. And Happy New Year!

**William J. Atkins**
ATKINS & ATTWOOD, LLC
6400 Powers Ferry Road, Suite 112
Atlanta, Georgia  30339
Tel. (404) 969-4130
Fax. (404) 969-4140
www.aa-llc.com

1

**William J. Atkins**

**From:** Mark Maynard Jackson Webb [mwebb@brinson-askew.com]
**Sent:** Monday, December 13, 2010 4:16 PM
**To:** William J. Atkins
**Subject:** Re: Lucas v. Braswell et al - Wrap Up

Bill:

  Received your e-mail. Please prepare the necessary consent extensions. I'll be in Whitfield County tomorrow. If you need authorization to sign and file, please check with King. I think the scheduled payment dates are reasonable, let me check to confirm that our clients can comply. Thanks for the kind remarks. Will be in touch before the Christmas Holiday. Cheers, MMJW

1